UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| CARL CHRISTIAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF MINNESOTA,<br>JOAN FABIAN, Commissioner of the<br>Minnesota Department of Corrections,<br>and E. UMOH,<br><br>　　　　Defendants. | Civil No. 06-4151 (DSD/JJG)<br><br><br><br>**ORDER** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's "Application to Proceed Without Prepayment of Fees," (Docket No. 2), is DENIED; and

2. The action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), but without prejudice as to the state laws claims that Plaintiff has attempted to bring.

Dated: November 21, 2006

　　　　　　　　　　　　　　　　　　　　s/David S. Doty
　　　　　　　　　　　　　　　　　　　　David S. Doty, Judge
　　　　　　　　　　　　　　　　　　　　United States District Court